IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, )<br>)<br>                Plaintiff, )<br>)<br>    vs. )<br>)<br>FedEx Freight, Inc., )<br>)<br>                Defendant. )<br>_____ ) | Case No.:  CV10-01962-PHX-ECV<br><br>**CONSENT DECREE** |

    The United States Equal Employment Opportunity Commission ("the Commission" or "EEOC") filed this action on September 13, 2010, against FedEx Freight, Inc. to enforce Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. (Title VII) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a. 2010.  In its Complaint the Commission alleged that Defendant engaged in unlawful sex discrimination, by failing to promote because of  sex, female, in violation of Section 703(a) of Title VII and the Civil Rights Act of 1991, 42 U.S.C. § 2000e-a(a).  The Commission seeks appropriate relief for those who were adversely affected by such practices (hereafter referred to collectively as "class members").  Defendant denies any liability in this action.  This Decree and compliance with it shall not be construed as an

-1-

admission of Defendant of any liability whatsoever or as an admission by Defendant of any violations of the class members' rights, a violation of any statute or any discrimination against the class members. This Consent Decree applies to the Phoenix Service Center only, located at 5620 West Lower Buckeye, Phoenix, AZ 85043.

The parties do not object to the jurisdiction of the Court over this action and waive their rights to a hearing and the entry of findings of fact and conclusions of law. The parties agree that this Consent Decree is fair, reasonable, and equitable and does not violate the law or public policy.

In the interest of resolving this matter and as a result of having engaged in comprehensive settlement negotiations, the parties have agreed that this action should be finally resolved by entry of this Decree.

**It is hereby ORDERED, ADJUDGED, and DECREED:**

1. This decree resolves all claims of the Commission against Defendant in this lawsuit, including, without limitation, back pay, compensatory and punitive damages, interest, injunctive relief, and attorney's fees and costs.

### **INJUNCTION**

2. Defendant and its officers, agents, employees, successors, assigns and all persons in active concert or participation with them, are permanently enjoined for the duration of the decree from discriminating against any employee on the basis of sex, including but not limited to denying a promotion because of sex.

### **MONETARY RELIEF**

3.  Defendant shall pay the gross sum of $115,000.00.  Within 30 days of the Court's entry of this Consent Decree.  Defendant shall pay the settlement amount separately to the class members by check, cashier's check, or money order, in accordance with Paragraph Four (4) of this Decree.  These payments represent settlement of back pay and compensatory damages, 50% of the funds are designated as back pay and 50% compensatory damages and shall be distributed to the class members as set forth in Exhibit A within twenty (20) calendar days of the entry of this decree by the Court. Defendant shall take standard payroll deductions from designated back pay and make the required FUTA and FICA contributions and shall make no deductions from the amount set forth as compensatory damages.  By January 31, 2013, Defendant shall issue United States Internal Revenue Service Form W-2 for all backpay and Form1099 for all payments designated as compensatory damages.

4.  The checks provided for in Paragraph Three (3) of this Decree shall be mailed directly by Defendant to the class members at addresses separately supplied by the Commission.  Within three business days of issuance of the checks, Defendant shall furnish a copy of each check and related correspondence to the Regional Attorney, Equal Employment Opportunity Commission, 3300 N. Central Avenue, Suite 690, Phoenix, Arizona  85012.

5.  Defendant will not condition the receipt of monetary relief on any class member's agreement to: (a) maintain as confidential the facts and/or allegations underlying the charge of discrimination and complaint and the terms of this Decree; (b) waive their statutory right to file a charge with any governmental agency; (c) refrain from reapplying

for a job with Defendant; or (d) agree to a non-disparagement and/or confidentiality agreement.

## OTHER RELIEF

6. Defendant shall expunge from the personnel files of each class member all references, if any, to the charges of discrimination filed against Defendant or participation in this action.

7. Defendant shall tender to each class member a Letter of Regret (Exhibit B) signed and printed on Defendant's letterhead and signed by Lori Henry, Vice President of Human Resources.

8. Defendant shall maintain policies and practices that help assure a work environment free from discrimination based on sex of its employees and that allow employees to raise concerns or complaints, without retaliation, about matters, whether alleged, perceived, or actual, made unlawful by Title VII.  To assist Defendant in its efforts to assure a work environment free of sex discrimination Defendant shall take the actions provided in Paragraphs Nine (9)  through Fifteen (15) of this Decree.

## DEFENDANT'S CORRECTIVE POLICIES AND PRACTICES

9. Defendant shall post for the duration of this Consent Decree the notice attached as Exhibit C in a prominent place frequented by its employees at the Phoenix service center. The notice shall be the same type, style, and size as Exhibit C.

10. Defendant shall provide training on discrimination based on sex, according to the following terms:

   A. Defendant shall arrange for a consultant/lecturer who shall provide

consultation and training for a period of two years from the date of this Consent Decree.  This consultant/trainer shall be an attorney specializing in the field of employment discrimination law with at least five (5) years employment law experience, including sex discrimination litigation.  During each of the next two (2) years, Defendant shall mandate that all managers and human resource personnel who work at the Phoenix service center shall attend a live-seminar training by this consultant/lecturer.  These seminars will be focused on how to identify, report, and document sex discrimination observed or experienced by employees.  These seminars will also discuss disciplinary actions that will be taken against any employee who engages in sex discrimination.

B.  Those employees not able to attend the aforementioned live seminar shall attend either Defendant's Leadership Institute or Service Center Manager Orientation, each of which will address the topics outlined in paragraph 10 (A) and (E).

C.  In accordance with the training discussed in Paragraph 10 (A) – (B) above, all human resources, supervisory, and managerial staff who have responsibilities for hiring at the Phoenix location shall attend a minimum 60 minute live training, plus the time necessary to respond to questions up to 15 minutes, on preventing, identifying, investigating, and addressing sex discrimination in the workplace during each of the next two (2) years.  This training shall be conducted by the consultant/trainer retained by Defendant pursuant to

Paragraph 10 (A) – (B) above. During the first year the seminar-training sessions discussed in Paragraphs 10 shall be conducted within six (6) months of the entry of this Decree. For the second year, the seminar-training session shall be conducted between January 1st and June 30th of the subsequent year.

D. All persons attending any of the trainings as discussed in Paragraphs 10 (A) - (B) shall sign a registry of attendance. Defendant shall retain these registries for the duration of the Consent Decree.

E. The seminars shall include the subject of what constitutes sex discrimination; that discrimination on the basis of sex in promotions violates Title VII; how to prevent discrimination on the basis of sex, including discrimination on the basis of sex involving promotions; how to provide a work environment free from discrimination on the basis of sex; and to whom and by what means employees may complain if they feel they have been subjected to discrimination on the basis of sex in the workplace. The session shall also review and explain Defendant's policies set out in Paragraph Eleven (11) of this Consent Decree.

F. During the live training sessions discussed in Paragraph 10 (A) - (B) above Defendant's Service Center Manager or Operations Manager shall discuss the disciplinary actions that will be taken against officers, partners, supervisors, managers, directors, and employees who (1) engage in discrimination on the basis of sex, including failing to promote employees based on their sex, (2) fail to properly and promptly act on complaints/reports of conduct that may

constitute discrimination on the basis of sex, (3) fail to properly and promptly act on observations of conduct that may constitute discrimination on the basis of sex, or (4) otherwise allow discrimination on the basis of sex to occur in the workplace. The lecturer shall also discuss the importance of maintaining an environment free of discrimination on the basis of sex, and Defendant's policy with regard to discrimination on the basis of sex referred to in Paragraph Eleven (11) of this Consent Decree.

G. All other employees, not defined in paragraph 10(A) shall undergo the hourly employee education course pertaining to the Employee Handbook, Equal Employment Opportunity/Non-Discrimination Policy and Procedure for Complaints, within six months of the entry of this Decree. Each of these courses requires a reading assignment and acknowledgement. All new employees shall undergo this training at or near the time of hire.

11. Defendant shall review and revise, if necessary, its written policy concerning discrimination on the basis of sex to conform to the law. As part of this Consent Decree, Defendant shall submit any revisions to the policy for review to the Regional Attorney of the Phoenix District Office of the EEOC within thirty (30) days of the entry of this decree. This written policy must include, at a minimum:

A. A strong and clear commitment to a workplace free of discrimination on the basis of sex, including discrimination in promotions;

B. Clear and complete definitions of discrimination on the basis of sex with relevant examples;

C. Clear statement that discrimination on the basis of sex can occur between individuals of the opposite sex, as well as between individuals of the same sex.

D. A clear and strong encouragement of persons who believe they have been harassed or retaliated against to come forward;

E. A description of the consequences, up to and including termination, which will be imposed upon violators of the policy;

F. A promise of maximum feasible confidentiality for persons who believe that they have been harassed or retaliated against;

G. An assurance of non-retaliation for witnesses of sex discrimination and persons who believe they have been subjected to discrimination on the basis of sex;

H. That discrimination on the basis of sex by all persons, including managerial employees, vendors, suppliers, third parties, and customers is prohibited and will not be tolerated;

I. The identification of specific individuals, with their telephone numbers, to whom employees can report the discrimination on the basis of sex, including a written statement that the employee may report the discrimination to designated persons outside their chain of command;

J. Assurances that Defendant will investigate allegations of discrimination on the basis of sex promptly, fairly, reasonably, and effectively by appropriate investigators and that appropriate corrective action will be taken by Defendant to eradicate the discrimination on the basis of sex.

    K. Promise that Defendant shall promptly and appropriately respond to all complaints of discrimination on the basis of sex. The policy shall further promise that Defendant shall take immediate appropriate corrective and remedial action, including eradication of discrimination on the basis of sex and disciplining those employees who were engaged in the unlawful discrimination.

    L. These policies shall be distributed to all new employees when hired, and remain available on Defendant's intranet.

12. Defendant shall not retain documents related to the complaint of discrimination or the investigation of that complaint in the personnel file of any employee who complained. All disciplinary actions taken against employees for violation of Defendant's sex discrimination policy will be recorded in the personnel file of the disciplined employee(s).

### **REPORTING BY DEFENDANT AND ACCESS BY EEOC**

13. Defendant shall report in writing and in affidavit form to the Regional Attorney of the Commission's Phoenix District Office at 3300 North Central Avenue, Suite 690, Phoenix, Arizona 85012, beginning six (6) months from the date of the entry of this Consent Decree, and thereafter every six (6) months for the duration of the Consent Decree, the following information:

    A. Any changes, modifications, revocations, or revisions to its policies and procedures that concern or affect the subject of sex discrimination;

  B. The name, address, position, and telephone number of any individual who has brought specific complaints of disparate treatment based on sex for failing to promote or hire discrimination to the attention of Human Resources and/or Phoenix Service Manager during the six (6) months preceding the report;

  C. Confirmation that (i) the Notice required in Paragraph Nine (9) of this Consent Decree was posted and the locations where it was posted, (ii) the policies required in Paragraph Thirteen  (13) of this Consent Decree were posted and distributed to new employee and remained available to current employees, and (iii) the expungement from the class members' personnel files required in Paragraph Seven (7) of this Decree took place, the date of the expungement, and the specific documents expunged.

## COSTS AND DURATION

14.  Each party shall bear its costs and attorney's fees incurred as a result of this action through the filing of this Decree.

15.  The duration of this Decree shall be two (2) years from its entry.  This Court shall retain jurisdiction over this action for the duration of the Consent Decree, during which the Commission may petition this Court for compliance with this Consent Decree. Should the Court determine that Defendant has not complied with this Consent Decree, appropriate relief may be ordered. This Consent Decree shall expire by its own terms at the end of 24 twenty –four months from the date of entry, without further action by the parties.

16.  In the event that the commission believes that Defendant has failed to comply

with any provision(s) of this Consent Decree, it shall notify Defendant in writing of the non-compliance and afford Defendant twenty (20) days after service of the non-compliance. Said notice shall be sent via fax and U.S. mail to FedEx Freight Legal Department, 2200 Forward Drive, Harrison AR, 72601 and Kristin Culbertson at Littler Mendelson, 2425 East Camelback #900, Phoenix AZ 85016, 602-957-1801.

17. The parties agree to entry of this Consent Decree and judgment subject to final approval by the Court.

Dated this 19th day of June, 2012.

_____
Edward C. Voss
United States Magistrate Judge

**APPROVED AND CONSENTED TO:**

_____  /s/ Mary Jo O'Neill
Authorized Representative for   Mary Jo O'Neill
Defendant:                       Regional Attorney
                                 Phoenix District Office


/s/ Kristin Culbertson
Kristin Culbertson
LITTLER MENDELSON            /s/ Christopher R. Houk
2425 E. Camelback Road, Ste. 900   Christopher R. Houk
Phoenix, AZ 85016            Trial Attorney
Counsel for Defendant:
                             /s/ Guy D. Knoller
                             Guy D. Knoller
                             Senior Trial Attorney

                             EQUAL EMPLOYMENT OPPORTUNITY
                             COMMISSION
                             Phoenix District Office
                             3300 N. Central Ave., Suite 690
                             Phoenix, Arizona  85012
                             Attorneys for Plaintiff

**APPROVED AND CONSENTED TO:**

_____  
Authorized Representative for  
Defendant:

Mary Jo O'Neill  
Regional Attorney  
Phoenix District Office

_____  
Counsel for Defendant:

Sally Shanley  
Supervisory Trial Attorney

Kristin Culbertson  
LITTLER MENDELSON  
2425 E. Camelback Road, Ste. 900  
Phoenix, AZ 85016  
By:_____

Christopher R. Houk  
Guy D. Knoller  
Trial Attorneys

Attorneys for Plaintiff Equal Employment Opportunity Commission

-13-

## **EXHIBIT A**

| | |
|---|---|
| Shana Symko | $35,000 |
| Donetta Zach | $35,000 |
| Mary Cooper | $45,000 |

# **EXHIBIT B**

[Defendant's Letterhead]

Dear (Class Member):

To the extent that you believe you experienced any discrimination in conjunction with your application to the eastern HR Field Rep position, we regret that experience. FXF will continue to take the necessary steps to ensure that all our employees will continue to work in an atmosphere free of harassment and discrimination.

Sincerely,


_____,
Vice President of Human Resources
FedEx Freight, Inc.

# EXHIBIT C

## NOTICE TO ALL EMPLOYEES AT FEDEX FREIGHT, Inc.

It is unlawful under federal law, Title VII of the Civil Rights Act and state law to discriminate against an employee on the basis of sex, in the recruitment, hiring, firing, compensation, promotion, assignment, or other terms, and conditions or privileges of employment. FedEx Freight, Inc. shall not discriminate against any employee on the basis of sex, or retaliate against anyone for complaining of discrimination or participating in a discrimination investigation. If you believe you have been discriminated against, you have the right to seek assistance from:

>FedEx Freight
>Manager of Human Resources,
>3100 South Beltine Road
>Irving, TX 75060
>972-262-8911
>AlertLine 1-866-423-3339.
>
>EEOC
> 3300 North Central Avenue,
>Suite 690
>Phoenix, Arizona 85012
>Telephone: (602) 640-5000
>TTY: (602) 640-5072
>Website (national): www.eeoc.gov

You have the right to file a charge with the EEOC if you believe you are being discriminated against on the basis of sex or retaliated against.

.